UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT ALBERS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE CORP., a Delaware Limited Liability Company, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a domestic corporation,<br><br>　　Defendants. | No. 2:16-cv-05147-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR PRELIMINARY INJUNCTION** |

Before the Court is the parties' Stipulated Motion for Preliminary Injunction, ECF No. 22. Plaintiff is represented by Keith D. Karnes and Defendant Nationstar Mortgage LLC is represented by David J. Elkanich.[1] The parties stipulate to a preliminary injunction so that the Trustee's sale does not go forward.

///

///

---

[1] On March 28, 2017, Plaintiff and Defendant Quality Loan Service Corporation of Washington filed a Stipulation of Nonparticipation. ECF No. 20.

**ORDER GRANTING STIPULATED MOTION FOR PRELIMINARY INJUNCTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Trustee's sale described in the Notice of Trustee's Sale recorded in Benton County, under Auditor's File No. 2016-020090 shall be enjoined.

2. Any party hereto may file a motion to dissolve the preliminary injunction.

3. The preliminary injunction is conditioned upon Plaintiff making monthly payments of $1,110.23 into the Court Registry by the 7th of each month or on the next business day if the 7th falls on a weekend or holiday.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 13th day of April, 2017.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR PRELIMINARY INJUNCTION ~ 2**