Keith D. Karnes, WSBA #35000
keith@keithkarnes.com
Karnes Law Offices
1860 Hawthorne Ave NE
Salem, OR 97301
Tel: (503) 385-8888
Fax: (503) 385-8899

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT ALBERS, | Case No. 4:16-CV-05147-SAB |
| Plaintiff, | RESPONSE TO ORDER TO SHOW CAUSE |
| v. | |
| NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Domestic Corporation, | |
| Defendants. | |

Pursuant to this Court's Order to Show Cause entered on August 28, 2017, Plaintiff submits the following:

Plaintiff's counsel has been out of state for emergency hearings in two cases. First, plaintiff's counsel was required to obtain a restraining order to prevent the wrongful foreclosure

1-RESPONSE TO ORDER TO SHOW CAUSE

of his clients' home in the case <u>Thomas v. Ocwen Loan Servicing, LLC</u> et al in the Western District of Washington.  Secondly, in the case <u>In re: Evans</u>, a dispute arose between his client and another mortgage servicer.  Plaintiff's counsel was required to attend to matters that had to be heard and had an order entered by August 30, 2017 due to the fact that the judge in the matter, Hon. Frank R. Alley, was retiring from service and could not make any further orders after his retirement.  Judge Alley had dealt with the years-long bankruptcy case and one of his prior orders was in dispute.  Judge Alley read briefing and heard arguments and no extension could be sought to provide an order to resolve the dispute.

    Lastly, hearings were set on shortened notice requiring plaintiff's counsel to attend hearings in other bankruptcy cases.

    Due to the time and travel involved in these cases, Plaintiff's counsel has not been able to prepare and file the Joint Status Certificate until now.  Plaintiff's counsel has conferred with Defense counsel regarding the Joint Certificate and the Certificate will be filed today.

    Plaintiff's counsel understands the need to meet the Court's deadlines and will work with due diligence to ensure that all future deadlines are met.

DATED:  September 9, 2017

<u>/s/ Keith D. Karnes</u>
Keith D. Karnes, WSBA #35000
Attorney for Plaintiff

2-RESPONSE TO ORDER TO SHOW CAUSE

## CERTIFICATE OF SERVICE

I, Keith Karnes, certify that I filed the foregoing document via ECF which will in turn serve:

| | |
|---|---|
| David J. Elkanich | Robert McDonald |
| Holland & Knight, LLP | Quality Loan Service Corp. of Washington |
| 2300 US Bancorp Tower | 108 1st Ave. Ste 202 |
| 111 SW Fifth Avenue Ste 2300 | Seattle, WA 98104-2538 |
| Portland, OR 97204 | mrmcdonald@qualityloan.com |
| serve.dje@jklaw.com | |

This document was also served via email to the above parties.

DATED September 8, 2017.

/s/ Keith D. Karnes
Keith D. Karnes, WSAB #35000
Attorney for Plaintiff

3-RESPONSE TO ORDER TO SHOW CAUSE