**Keith D. Karnes**, WSBA #35000
keith@keithkarnes.com
Karnes Law Offices
1860 Hawthorne Ave NE
Salem, OR 97301
Tel: (503) 385-8888
Fax: (503) 385-8899

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| ROBERT ALBERS, | Case No. 4:16-cv-05147-SAB |
| Plaintiff. | REPORT OF PARTIES DISCOVERY PLANNING MEETING |
| v. |  |
| NATIONSTAR MORTGAGE, LLC a Delaware Limited Liability Company; and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Domestic Corporation |  |
| Defendants. |  |

1. Pursuant to Fed.R.Civ.P.26(f), a meeting was held on August 28, 2017. Participating in the meeting were:

    Keith Karnes Attorney for Plaintiff and David Elkanich, Attorney for Plaintiff Nationstar Mortgage, LLC

2. Pre-discovery Disclosures. The parties have agreed to forgo the pre-discovery disclosures pursuant to local rules and disclosed the information required by R. 26(a)(1).

REPORT OF PARTIES DISCOVERY PLANNING MEETING-1

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects: all issues relevant to the complaint and defenses.

    b. All discovery commenced in time to be completed by April 6, 2018

4. Other Items. The parties do not request a conference with the Court before entry of the scheduling order.

    a. The parties request a pretrial conference in July 2018.

    b. The parties should be allowed until November 27, 2017 to join additional parties and to amend pleadings.

    c. All potentially dispositive motions must be filed by May 3, 2018.

    d. Experts will be disclosed in accordance to Rule 26(a)(2).

    e. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        from Plaintiff by July 1, 2018

        from Defendant by July 1, 2018

    f. Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 25(a)(3).

    g. This case should be ready for trial by August 2018 and should take approximately five (5) days.

    h. Pursuant to Fed.R.Civ.Pro.5(b)(2)(E) the parties agree to accept service of all documents by e-mail.

    DATED:  September 8, 2017

                            /s/ Keith D. Karnes
                            Keith D. Karnes, WSBA #35000
                            Attorney for Plaintiff

REPORT OF PARTIES DISCOVERY PLANNING MEETING-2

## CERTIFICATE OF SERVICE

      I, Keith Karnes, certify that I filed the foregoing document via ECF which will in turn serve:

| | |
|---|---|
| David J. Elkanich | Robert McDonald |
| Holland & Knight, LLP | Quality Loan Service Corp. of Washington |
| 2300 US Bancorp Tower | 108 1st Ave. Ste 202 |
| 111 SW Fifth Avenue Ste 2300 | Seattle, WA 98104-2538 |
| Portland, OR 97204 | mrmcdonald@qualityloan.com |
| serve.dje@jklaw.com | |

This document was also served via email to the above parties.

DATED September 8, 2017.

                                  /s/ Keith D. Karnes
                                  Keith D. Karnes, WSAB #35000
                                  Attorney for Plaintiff

REPORT OF PARTIES DISCOVERY PLANNING MEETING-3